

Steven M. Kaplan (SK6909)
KAPLAN & LEVENSON P.C.
*Attorneys for Plaintiff*
630 Third Avenue
New York, NY 10017
(212) 983-6900

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

JONATHAN ADLER ENTERPRISES, LLC,

                 Plaintiff,

     -against-

SAFAVIEH HOME, LLC, d/b/a Safavieh,
SAFAVIEH GROUP, LLC, d/b/a
Safavieh, SAFAVIEH CARPETS OF
ISFAHAN, INC., d/b/a Safavieh, and
SAFAVIEH CARPETS, INC., d/b/a
Safavieh,

                 Defendants.
-------------------------------------------------------X

Case No.

**COMPLAINT**

*Jury Trial Requested*

       Plaintiff, by its attorneys, Kaplan & Levenson, P.C., for its complaint against defendants,

alleges as follows:

**PARTIES**

       1.      Plaintiff Jonathan Adler Enterprises, LLC ("Adler") is a New York limited liability

company with its principal place of business at 333 Hudson Street, 7th floor, New York, NY, and is

in the business of, among other things, manufacturing and selling various home furnishing

products, including without limitation pillows and rugs.

       2.      Defendant Safavieh Home, LLC ("Safavieh Home") is a New York limited liability

company with its principal office located at 40 Harbor Park Drive North, Port Washington, NY.

3.     Defendant Safavieh Group, LLC ("Safavieh Group") is a New York limited liability company with its principal office located at 40 Harbor Park Drive North, Port Washington, NY.

4.     Defendant Safavieh Carpets of Isfahan, Inc. ("Safavieh Isfahan") is a New York corporation with its principal office located at 40 Harbor Park Drive North, Port Washington, NY.

5.     Defendant Safavieh Carpets, Inc. ("Safavieh Carpets") is a New York corporation with its principal office located at 40 Harbor Park Drive North, Port Washington, NY.

## JURISDICTION AND VENUE

6.     This is a civil action for copyright infringement arising under the copyright laws of the United States, 17 U.S.C. §101 et seq. (hereinafter the "Copyright Act").   Jurisdiction is based on 28 U.S.C. §§ 1331 and 1338(a).

7.     Venue is proper in this district under 28 U.S.C. §1391 and §1400 because the defendants are found in the Southern District by themselves or through their agents inasmuch as they regularly transact business in the Southern District and because a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

## THE ADLER DESIGNS

8.     Adler is the creator and owner of the copyrights to the designs entitled: (i) Jungle Road, (ii) Bargello Waves, (iii) Chevron Pillow Sham, (iv) Worth Ave., and (v) Multi-Bargello (collectively, the "Adler Designs").

9.     Copyright registrations for the Adler Designs have been issued by the United States Copyright Office under registration numbers VA0001833247, VA0001813080, VA0001813225, and VA0001833417, respectively, and a copyright application, along with deposit material, has been filed with respect to Multi-Bargello under application number 1-849958491.

{00106938.1 / 0609-001}

10.    The Adler Designs were created, and have been actively sold since at least as early as 2005 with respect to the Multi-Bargello, 2006 with respect to the Bargello Waves and Chevron Pillow Sham patterns, and 2011 with respect to the others.

11.    Copies of the Adler Designs are annexed hereto as follows:  Exhibit A – Jungle Road, Exhibit B – Bargello Waves, Exhibit C – Chevron Pillow Sham, and Exhibit D – Multi-Bargello, and Exhibit E - Worth Ave.

12.    The Adler Designs are each an original creation and constitutes copyrightable subject matter under the Copyright Act.

13.    Adler has duly complied with all relevant requirements of the Copyright Act with respect to the Adler Designs, has filed applications for the registration registered its copyright in such design in the United States Copyright Office, and obtained registration certificates therefore, as aforementioned.

## CLAIM FOR RELIEF

14.    Adler repeats and realleges the allegations contained above as if fully set forth herein.

15.    Defendants are currently manufacturing, distributing, promoting and selling, without any authorization or permission from Adler, multiple products (the "Infringing Products") which are direct copies of the Adler Designs.

16.    Photographs of each of the Infringing Products are annexed hereto as Exhibit F (Jungle Road, Bargello Waves, Chevron Pillow Sham and Worth Avenue), Exhibit G (Multi Bargello and Bargello Waves) and Exhibit H (Multi Bargello).  Even a cursory review of the Infringing Products reveals that the Infringing Products are nearly identical knock-offs of the Adler Designs.

{00106938.1 / 0609-001}

17.     Defendants' unauthorized copying and commercial exploitation of the Adler Designs constitutes, among other things, violation of the Copyright Act of 1976, 17 U.S.C. §101 et seq. (the "Act"), and various states' laws.

18.     Through such activities described above, defendants have thereby infringed and are continuing to infringe upon Adler's copyrights in the Adler Designs.

19.     Each reproduction or distribution of an Infringing Product constitutes a separate copyright infringement by defendants.

20.     Defendants were on notice that Adler was the holder of the copyrights for the Adler Designs in that Adler had registered its ownership rights with the U.S. Copyright Office, and because the Adler Designs are readily accessible on the www.Jonathanadler.com website, in Jonathan Adler stores throughout the United States and in multiple other retail locations throughout the World.

21.     Upon information and belief, defendants' infringement of the Adler Designs was willful.

22.     Upon information and belief, by the acts complained of, defendants have made substantial profits and gains to which they are not in law or in equity entitled.

23.     Upon information and belief, defendants intend to and will continue to expand the infringing acts complained of herein, unless restrained by this Court.

24.     The aforementioned acts of defendants have damaged and will continue to damage Adler and cause it irreparable harm, and Adler has no adequate remedy at law.

WHEREFORE, Adler respectfully requests:

A.      That defendants, and their respective agents, officers, servants, employees, successors and/or assigns, and all persons or companies in active concert and/or participation with them, be preliminarily and permanently enjoined from reproducing, making, reprinting,

{00106938.1 / 0609-001}

publishing, displaying, manufacturing, selling, offering for sale, promoting, advertising, distributing and/or commercially exploiting in any manner, either directly or indirectly, the Infringing Products, in addition to any other product which use or display unauthorized copies of the Adler Designs, or designs substantially similar thereto;

      B.     That Adler be entitled to a judgment to recover:

           (1)    (a)    all damages suffered by Adler as a result of defendants' infringing acts, and (b) all profits derived from defendants' wrongful acts in an amount to be determined at the trial of this action; or

           (2)    in lieu of such damages and profits, should Adler so elect, an award of statutory damages with respect to each infringement as provided by 17 U.S.C. § 504(c);

      C.     That defendants be directed to deliver to Adler for destruction all products, designs, brochures, catalogues, means of manufacture and/or other materials in defendants' possession or control, which, if sold, distributed or used in any way would violate paragraph A above; and

      D.     That Adler recover from defendants all costs incurred in this action, including the reasonable attorney's fees incurred in connection with Adler's claim of copyright infringement with respect to the Adler Designs, together with such other and further relief as this Court may deem just and proper.

Dated: New York, NY
       January 3, 2013

                         KAPLAN & LEVENSON P.C.
                         *Attorneys for Plaintiff*

                       By:_____
                          Steven M. Kaplan (SK6909)
                    630 Third Avenue
                    New York, NY 10017
                    (212) 983-6900

{00106938.1 / 0609-001}

# EXHIBIT A



# EXHIBIT B





# EXHIBIT C











# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



JAI AVIEH ACCENTS

Infringes Jungle Road ↓

PIL550A – Set 2
100% Cotton Cover
100% Wool Embroidery
Available Sizes: 18" x 18" • 22" x 22"

Infringes Worth Ave. 2

PIL553A – Set 2
100% Cotton Cover

PIL162A – Set 2
60% Linen, 40% Cotton • Fiber Fill
Available Sizes:
18" x 18" • 20" x 20" • 22" x 22"

Infringes Chevron 2

PIL552A – Set 2
100% Cotton Cover

PIL563A – Set 2
Polyester Cover • Fiber Fill
Available Sizes:
18" x 18" • 20" x 20" • 22" x 22"

Infringes Bargello Waves

PIL551A – Set 2
100% Cotton Cover

# EXHIBIT G



Coraline Armchair, Purple
$950 Retail   $429 Our Price

Set of 2 Balloon 18x18 Pillows, Multi
$120 Retail   $75 Our Price

Felix Club Chair, White
$995 Retail   $429 Our Price

Chelsea Glass Lamp
$325 Retail   $169 Our Price

Madison Armchair, Orange
$950 Retail   $469 Our Price

Set of 2 Lacey 18x18 Pillows, Multi
$120 Retail   $75 Our Price





PIL552 - Safavieh

Infringes Chevron Pillow Sham